UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK STRAWDER,<br><br>        Plaintiff,<br><br>   v.<br><br>AARON MONTOYA, et al.,<br><br>        Defendants. | 1:24-cv-00976-SKO (PC)<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR TO PAY THE FILING FEE**<br><br>**14-DAY DEADLINE** |

Plaintiff is a county jail inmate proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On August 21, 2024, this Court issued its "Order to Submit Application to Proceed In Forma Pauperis or Pay Filing Fee Within 45 Days." (Doc. 3.) More than 45 days have passed, and Plaintiff has failed to pay the required $405 filing fee or to submit an application to proceed *in forma pauperis* (IFP).

Accordingly, the Court **ORDERS** Plaintiff to show cause in writing, **within 14 days** of the date of service of this Order, why sanctions should not be imposed for his failure to comply with the Court's August 21, 2024, order. Alternatively, within that same time, Plaintiff may file an application to proceed IFP or pay the $405 filing fee.

//
//
//
//

**Plaintiff is advised that a failure to respond to this Order will result in a recommendation that this action be dismissed for a failure to obey court orders and a failure to prosecute.**

IT IS SO ORDERED.

Dated:  **October 14, 2024**                    /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE