UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK STRAWDER,<br><br>          Plaintiff,<br><br>   v.<br><br>AARON MONTOYA, et al.,<br><br>          Defendants. | 1:24-cv-00976-SKO (PC)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>(Doc. 6)<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE MADERA COUNTY SHERIFF** |

Plaintiff Buck Strawder is a county jail inmate proceeding pro se pursuant to 42 U.S.C. § 1983 who has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff must make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Madera County Sheriff is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the foregoing and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* is **GRANTED**;

**2. The Madera County Sheriff or his designee shall collect payments from Plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Madera County Sheriff located at 2725 Falcon Drive, Madera, CA 93637.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **October 31, 2024**                      /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE